UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:02-cr-111-T-17MAP |
| JOSEPH CUCINIELLO, | : |
| Defendant. | : |

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court on Motion of the United States for Entry of a Final Judgment of Forfeiture for the following real properties:

   a.   $46,084.33 in lieu of real property located at 4939 Augusta Avenue, Oldsmar, Florida; and

   b.   Funds in the amount of $16,302.31, held in the name of Joseph Cuciniello and Bonnie Cuciniello at the AmSouth Bank, Account Number 3283083510.

The Court, having been fully advised in the premises, finds as follows:

1.   On November 22, 2005, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 1353), forfeiting to the United States of America all right, title, and interest of defendant Joseph Cuciniello in the properties as substitute assets.

2.   On December 21, 2005, the United States and petitioner Bonnie Cuciniello entered into a Stipulated Settlement Agreement as to the real property located at 4939 Augusta Avenue, Oldsmar, Florida. The United States agreed to the sale of the real property and forfeiture of $46,084.33 in lieu of the property. (Doc.

1405).

3. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *St. Petersburg Times*, a newspaper of general circulation in Pinellas County, Florida on December 5, 2005, December 12, 2005 and December 19, 2005 and in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida on September 26, 2007, October 3, 2007, and October 10, 2007. (Docs. 1431 and 1792). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

4. No persons or entities, other than the defendant Joseph Cuciniello, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture and Bonnie Cuciniello, whose claim has been settled, are known to have an interest in the subject properties. No third party has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired.

5. The Court finds that the subject properties are the property of defendant Joseph Cuciniello.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in the following properties are CONDEMNED and FORFEITED to the United States of America,

pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1), for disposition according to law:

    a.    $46,084.33 in lieu of real property located at 4939 Augusta Avenue, Oldsmar, Florida; and

    b.    Funds in the amount of $16,302.31, held in the name of Joseph Cuciniello and Bonnie Cuciniello at the AmSouth Bank, Account Number 3283083510.

Clear title to the properties are now vested in the United States of America.

DONE and ORDERED in Chambers in Tampa, Florida, this 28th day of MAY, 2008.

HON. ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  Adelaide G. Few, AUSA
            Attorneys of Record